UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on May 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBF 9004-2(c)

**DAVID A. SEMANCHIK, ESQ.**
1130 Hooper Avenue
Toms River, New Jersey 08753
(732) 240-4055
(732) 240-3011 fax
Attorney for Creditor
Attorney ID #033561990

| | |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| LETITIA LYNN ALDYCKI | : CHAPTER 13 BANKRUPTCY |
| | : CASE NO.: 18-18269-KCF |
| Debtor | : |

CONSENT ORDER
**ORDER VACATING STAY**

     The relief set forth on the following pages, numbered one (1) through two (2) is hereby ORDERED:

**DATED: May 25, 2018**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In Re: Letitia Lynn Aldycki
Case No.: 18-18269-KCF

Upon the motion of David A. Semanchik, Esq., attorney for Merco Holdings, LLC, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐  Real property more fully described as: 344 Hope Chapel Rd., Lakewood, NJ 08701.

It is further ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assigns.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant may not evict the Debtor from the subject property until the expiration of 90 (ninety) days from the date of this order.

The movant shall serve this Order on the debtor, trustee and any other party who entered an appearance on this motion.

We hereby consent to the form, content and entry

In Re:  Letitia Lynn Aldycki
       Case No.:  18-18269-KCF

of the within Order

/s/ David A. Semanchik
David A. Semanchik, Esq.
Attorney for Creditor Merco Holdings, LLC

_____
William H. Oliver, Jr., Esq.
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Letitia Lynn Aldycki  
    Debtor

Case No. 18-18269-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 25, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2018.  
db        +Letitia Lynn Aldycki,   344 Hope Chapel Rd.,   Lakewood, NJ 08701-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2018 at the address(es) listed below:  
        Albert Russo   docs@russotrustee.com  
        David A. Semanchik   on behalf of Creditor   Merco Holdings, LLC info@semanchiklaw.com  
        Denise E. Carlon   on behalf of Creditor   Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity,but solely as owner trustee on behalf of RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald   on behalf of Creditor   Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity,but solely as owner trustee on behalf of RBSHD 2013-1 Trust kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        William H. Oliver, Jr.   on behalf of Debtor Letitia Lynn Aldycki bkwoliver@aol.com,   R59915@notify.bestcase.com  
                                                                                                                                        TOTAL: 6