UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on May 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBF 9004-2(c)

**DAVID A. SEMANCHIK, ESQ.**
1130 Hooper Avenue
Toms River, New Jersey 08753
(732) 240-4055
(732) 240-3011 fax
Attorney for Creditor
Attorney ID #033561990

| | |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| LETITIA LYNN ALDYCKI | : CHAPTER 13 BANKRUPTCY |
| | : CASE NO.: 18-18269-KCF |
| Debtor | : |

CORRECTED CONSENT ORDER
**ORDER VACATING STAY**

The relief set forth on the following pages, numbered one (1) through two (2) is hereby ORDERED:

**DATED: May 30, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In Re: Letitia Lynn Aldycki
Case No.: 18-18269-KCF

Upon the motion of David A. Semanchik, Esq., attorney for Merco Holdings, LLC, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as: 344 Hope Chapel Rd., Lakewood, NJ 08701.

It is further ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assigns.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant may not evict the Debtor from the subject property until the expiration of 90 (ninety) days from the date of this order.

The movant shall serve this Order on the debtor, trustee and any other party who entered an appearance on this motion.

We hereby consent to the form, content and entry

In Re:  Letitia Lynn Aldycki
Case No.:  18-18269-KCF

of the within Order

/s/ David A. Semanchik
David A. Semanchik, Esq.
Attorney for Creditor Merco Holdings, LLC

_____
William H. Oliver, Jr., Esq.
Attorney for the Debtor