UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on May 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBF 9004-2(c)

**DAVID A. SEMANCHIK, ESQ.**
1130 Hooper Avenue
Toms River, New Jersey 08753
(732) 240-4055
(732) 240-3011 fax
Attorney for Creditor
Attorney ID #033561990

| | |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| LETITIA LYNN ALDYCKI | : CHAPTER 13 BANKRUPTCY |
| | : CASE NO.: 18-18269-KCF |
| Debtor | : |

CORRECTED CONSENT ORDER
**ORDER VACATING STAY**

The relief set forth on the following pages, numbered one (1) through two (2) is hereby ORDERED:

**DATED: May 30, 2018**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In Re: Letitia Lynn Aldycki
Case No.: 18-18269-KCF

Upon the motion of David A. Semanchik, Esq., attorney for Merco Holdings, LLC, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒   Real property more fully described as: 344 Hope Chapel Rd., Lakewood, NJ 08701.

It is further ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assigns.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant may not evict the Debtor from the subject property until the expiration of 90 (ninety) days from the date of this order.

The movant shall serve this Order on the debtor, trustee and any other party who entered an appearance on this motion.

We hereby consent to the form, content and entry

In Re:  Letitia Lynn Aldycki
　　　　Case No.:  18-18269-KCF

of the within Order

/s/ David A. Semanchik
David A. Semanchik, Esq.
Attorney for Creditor Merco Holdings, LLC

_____
William H. Oliver, Jr., Esq.
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-18269-KCF
Letitia Lynn Aldycki                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: May 30, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db             +Letitia Lynn Aldycki,    344 Hope Chapel Rd.,    Lakewood, NJ 08701-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              David A. Semanchik    on behalf of Creditor    Merco Holdings, LLC info@semanchiklaw.com
              Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity,but solely as owner trustee on behalf of RBSHD
               2013-1 Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, not in its individual capacity,but solely as owner trustee on behalf
               of RBSHD 2013-1 Trust kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Letitia Lynn Aldycki bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 6