UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on July 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LETITIA LYNN ALDYCKI,

                Debtor

Case No.: 18-18269

Chapter: 13

Hearing Date: n/a

Judge: Kathryn C. Ferguson

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED**.

**DATED: July 11, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____500_____ for services rendered and expenses in the amount of $_____31_____ for a total of $_____531_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_518\_\_\_\_ per month for \_\_33\_\_ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Letitia Lynn Aldycki  
    Debtor

Case No. 18-18269-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 11, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.  
db         +Letitia Lynn Aldycki,    344 Hope Chapel Rd.,    Lakewood, NJ 08701-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:  
        Albert  Russo    docs@russotrustee.com  
        David A. Semanchik    on behalf of Creditor    Merco Holdings, LLC info@semanchiklaw.com  
        Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity,but solely as owner trustee on behalf of RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity,but solely as owner trustee on behalf of RBSHD 2013-1 Trust kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William H. Oliver, Jr.    on behalf of Debtor Letitia Lynn Aldycki bkwoliver@aol.com,    R59915@notify.bestcase.com  
                                                                                                                                                       TOTAL: 6