Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–18269–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Letitia Lynn Aldycki
344 Hope Chapel Rd.
Lakewood, NJ 08701

Social Security No.:
xxx–xx–2987

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 10, 2018.

On 12/12/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:          January 23, 2019
Time:           10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 13, 2018
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-18269-KCF
Letitia Lynn Aldycki                                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 185               Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db              #+Letitia Lynn Aldycki,    344 Hope Chapel Rd.,    Lakewood, NJ 08701-2326
cr              ++MERCO HOLDINGS LLC,    2 TORI DRIVE,    LAKEWOOD NJ 08701-2358
                (address filed with court:    Merco Holdings, LLC,     1195 Cecil Ct.,    Lakewood, NJ  08701)
517476094       +Charles D. Bauer, Esq.,    489 Aurora Pl.,    Brick, NJ 08723-5063
517527280       +Christiana Trust, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517476095       +Homeside Lending Inc.,    c/o Shapiro & Perez,    14000 Commerce Parkway,    Suite B,
                 Mount Laurel, NJ 08054-2242
517476096       +Homeside Lending, Inc.,    111 Eighth Avenue,    New York, NY 10011-5201
517476099        Midland Funding LLC,    Assignee for Target National Bank,    c/o Pressler & Pressler,
                 7 Entin Rd.,    Parsippany, NJ 07054-5020
517476102       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  P.O. Box 245,    Trenton, NJ 08695-0245)
517476103        Target National Bank,    PO Box 59231,    Minneapolis, MN 55459-0231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2018 00:40:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2018 00:40:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517476097        E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 00:39:27      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517476100       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2018 00:40:15      Midland Funding, LLC,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517476101       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2018 00:40:15      Midland Funding, LLC,
                 2365 Northside Drive #300,    San Diego, CA 92108-2709
517493046        E-mail/Text: BANKO@summitcollects.com Dec 14 2018 00:41:00      Sea Girt Physical Medicine,
                 c/o Summit Account Resolution,    PO Box 131,    Champlin, MN 55316-0131
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517476098*     ++MERCO HOLDINGS LLC,    2 TORI DRIVE,    LAKEWOOD NJ 08701-2358
               (address filed with court:    Merco Holdings, LLC,     195 Cecil Court,    Lakewood, NJ 08701)
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          David A. Semanchik    on behalf of Creditor   Merco Holdings, LLC info@semanchiklaw.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 185             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity,but solely as owner trustee on behalf of RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com

        Kevin Gordon McDonald    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity,but solely as owner trustee on behalf of RBSHD 2013-1 Trust kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        William H. Oliver, Jr.    on behalf of Debtor Letitia Lynn Aldycki bkwoliver@aol.com, R59915@notify.bestcase.com

        TOTAL: 7