UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on January 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LETITIA LYNN ALDYCKI,

Debtor

| | |
|---|---|
| Case No.: | 18-18269 |
| Chapter: | 13 |
| Hearing Date: | n/a |
| Judge: | Kathryn C. Ferguson |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: January 10, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $_____700_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____700_____. The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____547_____ per month for __27__ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Letitia Lynn Aldycki  
    Debtor

Case No. 18-18269-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 11, 2019  
                            Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.  
db        #+Letitia Lynn Aldycki,   344 Hope Chapel Rd.,    Lakewood, NJ 08701-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:  
           Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Albert    Russo    docs@russotrustee.com  
           David A. Semanchik    on behalf of Creditor   Merco Holdings, LLC info@semanchiklaw.com  
           Denise E. Carlon    on behalf of Creditor   Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity,but solely as owner trustee on behalf of RBSHD 2013-1 Trust dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald    on behalf of Creditor   Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity,but solely as owner trustee on behalf of RBSHD 2013-1 Trust kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           William H. Oliver, Jr.    on behalf of Debtor Letitia Lynn Aldycki bkwoliver@aol.com, R59915@notify.bestcase.com  
                                                                                                                                                             TOTAL: 7